IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | &#124; |
| Michael D. Badolato | &#124;  Case No. 13-19549 - RG |
| | &#124; |
| | &#124;  Chapter 7 |
| Debtor | &#124; |

## TRUSTEE'S NOTICE OF ASSETS

Sean C. Logan, Trustee, has located possible assets and hereby requests that the Court establish a bar date for filing proofs of claim and notify all creditors and parties-in-interest of same.

Date: July 30, 2013

/s/ *Sean C. Logan*
Sean C. Logan, Trustee
2530 Riva Road, Suite 400
Annapolis, MD 21401
(443) 569-5968  phone
(410) 571-2798  fax
scl@logan-law.com